IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KENNETH SLIVINSKI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERCONTINENTAL HOTELS (PUERTO RICO) INC.,<br><br>Defendant. | CIV. NO.: 19-1860 (SCC) |

## JUDGMENT

In accordance with the Order at Docket No. 58, this case is hereby dismissed with prejudice, each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of January, 2021.

    *S*/SILVIA CARRENO-COLL
    UNITED STATES DISTRICT COURT JUDGE